UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MILAGROS   SANTIAGO

                                                    : Bankruptcy No. 18-10560REF
      Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 11, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA PA 19102-

MILAGROS   SANTIAGO
719 FIRST STREET
LANCASTER,PA.17603