United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Milagros Santiago  
    Debtor

Case No. 18-10560-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Oct 11, 2018  
                     Form ID: pdf900     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.

```
db            +Milagros Santiago,    719 First Street,    Lancaster, PA 17603-3623
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14047222       City of Lancaster,    39 W. Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
14047223       City of Lancaster Utility Service,    39 W. Chestnut St.,    PO Box 1020,
                Lancaster, PA 17608-1020
14047224       Geico Remittance Center,    1 Geico Plaza,    Bethesda, MD 20811-0001
14056748      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14047225       Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
14055497      +Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    c/o KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14077781      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14047227      +PPL Electric,    2 North 9th St.,    Allentown, PA 18101-1179
14081441      +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14047226      +Penn Waste, INC.,    P.O. Box 3066,    York, PA 17402-0066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2018 02:18:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14086242       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 12 2018 02:18:20     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
14087937       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2018 02:24:08
                LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14086669      +E-mail/Text: ecfbankruptcy@progleasing.com Oct 12 2018 02:18:18     NPRTO North-East, LLC,
                256 West Data Drive,    Draper, UT 84020-2315
14053450       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2018 02:24:39
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14057445       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:18:11
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14048495      +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2018 02:24:39     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14068877       E-mail/Text: bkrcy@ugi.com Oct 12 2018 02:18:29     UGI Utilities Inc,    PO Box 13009,
                Reading PA 19612
14047228       E-mail/Text: bkrcy@ugi.com Oct 12 2018 02:18:29     UGI Utilities, Inc.,    P.O. Box 15523,
                Wilmington, DE 19886-5523
                                                                                               TOTAL: 9
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14056744*      City of Lancaster,    39 W. Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
14056745*      City of Lancaster,    39 W. Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
14056746*      City of Lancaster Utility Service,    39 W. Chestnut St.,    PO Box 1020,
                Lancaster, PA 17608-1020
14056747*      Geico Remittance Center,    1 Geico Plaza,    Bethesda, MD 20811-0001
14056750*     +PPL Electric,    2 North 9th St.,    Allentown, PA 18101-1179
14056749*     +Penn Waste, INC.,    P.O. Box 3066,    York, PA 17402-0066
14056751*    ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
              (address filed with court: UGI Utilities, Inc.,    P.O. Box 15523,    Wilmington, DE 19886-5523)
                                                                                          TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Lisa              Page 2 of 2            Date Rcvd: Oct 11, 2018
                              Form ID: pdf900         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          ZACHARY   PERLICK    on behalf of Debtor Milagros   Santiago Perlick@verizon.net,
           pireland1@verizon.net
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              :

MILAGROS   SANTIAGO

                                                                       : Bankruptcy No. 18-10560REF
Debtor(s)                                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                                    BY THE COURT

**Date: October 11, 2018**

                                                                                    _____
                                                                                    Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA PA 19102-

MILAGROS   SANTIAGO
719 FIRST STREET
LANCASTER,PA.17603